FRANK D. WILLIAMS and Others, Appellants, v. EAST RIVER NATIONAL BANK,

Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.